AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

IN THE MATTER OF THE ARBITRATION
BETWEEN

HEATHER DOWNEY

      v.

ALEXANDRIA REAL ESTATE EQUITIES, INC.

CASE NUMBER: C11-1135Z

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Decision in Arbitration issued on June 9, 2011, by Retired Judge Patricia Aitken, Ex. B to Petition (docket no. 1-2), is CONFIRMED, and all three claims asserted by Heather Downey in the arbitration hearing conducted in April 2011, JAMS Reference No. 1160017791, are resolved in favor of Alexandria Real Estate Equities Inc.

November 9, 2011                 WILLIAM M. McCOOL
                                                        Clerk

                                                            s/Claudia Hawney

                                                        By, Deputy Clerk